Albert E. Levy, Appellant, v. The City of New York and Another. Respondents.— Motion to dismiss appeal granted, with ten dollars costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Katie Levy, Appellant, v. The City of New York and Another, Respondents. — Motion to dismiss appeal granted, with ten dollars costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Mary Lomas, Appellant, v. New York City Railway Company, Respondent.— Motion denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Charles MacMullen, Respondent, v. City of Middletown, Appellant.— Motion to amend order granted. Motion for leave to appeal to the Court of Appeals granted and questions certified. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Andrew Olsen, Appellant, v. Mary Dawson Henderson, Respondent.— Motion for reargument granted and case set down for Monday, May 7, 1906. Present — Jenks, Woodward, Gaynor and Rich, JJ.

Mary J. Ricketts, Respondent, v. Henry Powell Ramsdell and Others, Individually and as Executor, etc., Appellants.— Order resettled by inserting a recital that the appeal was argued before five justices of this court, and the decision concurred in by four, the remaining justice having, prior to the decision, been appointed a member of the Court of Appeals. (See *Town of North Hempstead* v. *Eldridge*, 112 App. Div. 893.) Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Joseph A. Seidman, Respondent, v. Morris Janos and Jacob Janos, Appellants. — Motion denied in case the appellants serve their case within five days and pay ten dollars costs ; otherwise motion granted, with ten dollars costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

J. J. Spurr & Sons (Incorporated), Respondent, v. The Empire State Surety Company, Impleaded, etc., Appellant. — Motion granted. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

William Sturmdorf, Respondent, v. Franklin E. Saunders, Appellant, and Others, Respondents. — Motion granted. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Henry E. Wells, Appellant, v. Metropolitan Street Railway Company, Respondent.— Motion for reargument denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Sarah Ann Wells, Appellant, v. Metropolitan Street Railway Company, Respondent.— Motion for reargument denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Louis Back and Charles Frederick, as Executors, etc., of Friedericka Frederick, Respondents, v. Rosie Muller, Appellant, Impleaded with The South Brooklyn Savings Institution, Defendant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Rich, JJ., concurred.

Ernst A. T. Bjerrum, Respondent, v. Springfield Breweries Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks and Hooker, JJ., concurred.

Hattie Cheever, Respondent, v. New York Transportation Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker and Rich, JJ.

Mary E. Connell, Respondent, v. William F. Connell, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

James W. Corbally, Respondent, v. Erie Railroad Company, Appellant.— Judgment modified by deducting the amount of the extra allowance, for want of power in the trial court to grant the same, and judgment as modified and order unanimously affirmed, without costs. No opinion. Present — Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ.

Louisa De Agramonte, Respondent, v. The City of Mount Vernon, Appellant. — Appeal dismissed, without costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ., concurred.

Conrad Doersch, Respondent, v. Central Paper Box Company, Appellant.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Max Dorf and David Baron, Appellants, v. Henry Miles & Sons, Respondent. — Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Rich, JJ., concurred.